

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 2 2007

at __4__ o'clock and __10__ min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| YOUSEF KOULIBALY, | ) ) ) | CV. No. 04-0092 SC (CR. No. 88-1521 SC) |
| Petitioner, | ) ) | ORDER DISMISSING PETITIONER'S HABEAS |
| v. | ) ) ) | PETITION AS MOOT |
| UNITED STATES AMERICA, | ) ) |  |
| Respondent. | ) ) |  |

Petitioner Yousef Koulibaly was released from federal custody on October 4, 2004, see Gov't Mem., Ex. A., and according to U.S. Immigration & Naturalization records was deported to Haiti on October 12, 2004.

The Court hereby finds Petitioner's Habeas Petition moot and DISMISSES it on that ground.

IT IS SO ORDERED.

Dated: March 28, 2007

_____
UNITED STATES DISTRICT JUDGE

